# United States District Court
### for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Misty Dawn Coleman</u>  Case Number: <u>3:10-00229</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, Chief U.S. District Judge</u>

Date of Original Sentence: <u>December 13, 2010</u>

Original Offense: <u>18 U.S.C. 2113(a), Bank Larceny</u>

Original Sentence: <u>12 months' custody followed by 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>August 30, 2011</u>

Assistant U.S. Attorney: <u>Mary McCullohs</u>  Defense Attorney: <u>Mike Holley</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ The Issuance of a Warrant
  ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

*Kara Sanders*

Considered this 28 day of June , 2012,
and made a part of the records in the above case.

Kara Sanders
U.S. Probation Officer

*Todd Campbell*

Todd J. Campbell
Chief U.S. District Judge

Place  Nashville, Tennessee

Date  June 28, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **Shall not commit another federal, state or local crime.**

Misty Coleman was arrested by Metro Nashville police on May 13, 2012, and charged with Domestic Assault. Ms. Coleman allegedly assaulted her sister-in-law, Mary Simmons. The police report indicates that Ms. Colman and Ms. Simmons were arguing and Ms. Colman hit Ms. Simmons in the face. Ms. Colman was arrested and released on $1500 bond. She has a hearing set for July 17, 2012 for settlement.

It should be noted that this assault was associated with the arrest of Ms. Coleman's husband, as he was charged with assaulting her on May 12, 2012. According to Ms. Coleman she was at a party with her husband and his family, including Ms. Simmons. Her husband became upset with her when she tried to leave and he physically kept her from leaving. Ms. Coleman called the police and he was arrested for Domestic Assault. According to Ms. Coleman the family was upset with her for her husband's arrest.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Coleman began her term of supervised release on August 30, 2011, and is set to terminate on August 29, 2013.

Ms. Coleman has been attending individual mental health treatment with Centerstone Mental Health since September 2011. She was diagnosed with Bi-Polar Disorder, PTSD, and Schizoaffective Disorder. She is currently prescribed psychotropic medication and reports taking it as directed. Since beginning treatment she has had difficulty making and keeping appointments. However, she is compliant with the treatment protocol.

Ms. Coleman does have a history of drug and alcohol abuse. She reports drinking during the assault in May 2012, and reports on occasion she does drink to excess. These issues are being addressed in treatment. All drug tests have been negative for illegal substances.

She is in compliance with all other conditions of release.

## U.S. Probation Officer Recommendation:

It is respectfully requested that no action be taken at this time and Ms. Coleman be allowed to continue on supervision to benefit from mental health treatment. However, this violation may be considered in the future if necessary. Any further violations or positive drug test will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

Britton Shelton
Supervisory U.S. Probation Officer