UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00229 |
| | ) | JUDGE CAMPBELL |
| MISTY DAWN COLEMAN | ) | |

## ORDER

Pending before the Court is an Agreed Motion to Terminate Supervised Release (Docket No. 54). The Motion is GRANTED.

It is so ORDERED.

                                                      _____
                                                      TODD J. CAMPBELL
                                                      UNITED STATES DISTRICT JUDGE